UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE ARBITRATION BETWEEN: ) <br> ) <br> J.B. HUNT TRANSPORT, INC., ) <br> ) <br> Claimant/Respondent, ) <br> ) <br> v. ) <br> ) <br> BNSF RAILWAY COMPANY, ) <br> ) <br> Respondent/Claimant. ) | Misc. Action No. 18-0016 (ABJ) |

**ORDER**

Before the Court in this matter are BNSF Railway Company's three pending motions to confirm arbitration awards, [Dkt. # 23] (SEALED), [Dkt. # 54] (SEALED), [Dkt. # 62] (SEALED), and J.B. Hunt Transport, Inc.'s three cross-motions to stay the case pending resolution of BNSF's motions or, in the alternative, to transfer the motions to the Western District of Arkansas. [Dkt. # 35] (SEALED); [Dkt. # 47] (SEALED); [Dkt. # 57] (SEALED). On January 13, 2021, Magistrate Judge Robin M. Meriweather issued a Report and Recommendation that these six motions be denied as moot and that this matter be terminated. [Dkt. # 70] ("R. & R.") at 2. Pursuant to Local Civil Rule 72.3(b), any written objections were due within fourteen days. The R. & R. informed the parties that "failure to file timely objections to the findings and recommendations set forth in this report may waive their right of appeal from an order of the District Court that adopts such findings and recommendations." R. & R. at 10, citing *Thomas v. Arn*, 474 U.S. 140 (1985). Twenty days have passed since the R. & R. was issued, and the parties have not filed any objections.

Upon review of the record and Magistrate Judge Meriweather's report, it is hereby

**ORDERED** that the Report and Recommendation [Dkt. # 70] is **ADOPTED**; and for the reasons set forth therein, it is

**FURTHER ORDERED** that these motions are denied as moot and the matter is closed.

**SO ORDERED.**

_____
AMY BERMAN JACKSON
United States District Judge

DATE: February 4, 2021